UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                    CASE NO: 8:08-cv-1045-T-26MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL OR VESSELS, their apparel,
tackle, appurtenances, and cargo located
within center point coordinates:
49° 25' N, 6"00'W; Radius: 5 nautical miles
*in rem,*

    Defendant(s).
_____/

## **O R D E R**

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** that

Plaintiff's Motion for Appointment of Substitution of Custodian [Dkt. 6] is granted based

on the following findings:

    1)    The Court finds that (a) Odyssey is duly qualified to serve as the Substitute

Custodian of the artifacts recovered from the Defendant Shipwrecked Vessel; (b)

Odyssey has agreed to assume the responsibility of safekeeping the salvaged artifacts; and

©) Odyssey has agreed to act as Substitute Custodian until further Order of the Court.

    2)    The United States Marshal for the Middle District of Florida be, and he

hereby is, authorized and directed to surrender possession thereof to the Substitute

Custodian named herein, Odyssey Marine Exploration, Inc., and that upon such surrender, the Marshal shall be discharged from the duties and responsibilities for the safekeeping of said Vessel and held harmless by any party for any and all claims arising whatsoever out of said possession and safekeeping.

3) Odyssey is appointed the Substitute Custodian of the Defendant Shipwrecked Vessel and any artifacts recovered therefrom. Odyssey shall retain the same in custody for possession and safekeeping until further order of this Court. Any Marshal's costs, if any, shall be paid prior to the release of said property and that the Substitute Custodian receipt for the property and the Marshal attest to the date anytime of release on a certified copy thereof.

**DONE AND ORDERED** at Tampa, Florida, on June 18, 2008.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record