# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

      Plaintiff,

V.                              CASE NO. 8:08-cv-1045-T-26MAP

THE UNIDENTIFIED WRECKED AND
(FOR FINDERS-RIGHT PURPOSES)
ABANDONED SAILING VESSEL, if any,
its apparel, tackle, appurtenances and cargo
located within center point coordinates:
to be provided to the Court under seal at the
Court's request,

    *in rem*,

      Defendant.
                              /

## ORDER TO SHOW CAUSE

The records in the above-styled action indicate that the plaintiff has failed to perfect service of process on the defendant within 120 days, as required by Fed.R.Civ.P. 4. It is, therefore,

**ORDERED** that the plaintiff shall, in writing file with the Clerk of the Court within eleven (11) days from the date of this Order, show cause why this case should not be dismissed for lack of prosecution pursuant to Local Rule 3.10. Failure to respond in the allotted time shall result in the dismissal of this action without further notice.

**BY ORDER OF THE COURT** on October 21, 2008.

                                                      *s/Richard A. Lazzara*
                                                  **RICHARD A. LAZZARA**
                                                  **UNITED STATES DISTRICT JUDGE**

Copies to:      Counsel of record
                    *Pro se* party, if any