IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ODYSSEY MARINE EXPLORATION, INC. : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | |
| : | Case No.: 8:08-CV-1045-T-26-MAP |
| THE UNIDENTIFIED, WRECKED AND : | |
| (FOR FINDERS-RIGHT PURPOSES) : | |
| ABANDONED SAILING : | |
| VESSEL, if any, its apparel, tackle, : | |
| appurtenances and cargo located within : | |
| center point coordinates: to be provided : | |
| to the Court under seal at the Court's request : | |
| : | |
| *in rem* : | |
| : | |
| Defendant(s). : | |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, Allen von Spiegelfeld and Eric C. Thiel, counsel for Plaintiff, ODYSSEY MARINE EXPLORATION, INC. and hereby provide notice to the Court that effective November 1, 2008, they are with the law firm of Banker Lopez Gassler P.A., 501 East Kennedy Boulevard, Suite 1500, Tampa, FL 33602, Telephone: (813) 221-1500, Facsimile: (813) 222-3066, and request that copies of all future pleadings, orders, etc. be served upon them in accordance with Rule 5 of the Federal Rules of Civil Procedure.

The undersigned hereby represent that this Notice of Change of Address is the result of their change of law firm, that the client has consented to continuing representation in this

matter by the undersigned as members of the Law Firm of Banker Lopez Gassler P.A., and that the prior Law Firm, Fowler White Boggs Banker P.A., has no objection to this Notice.

_/s/_

Allen von Spiegelfeld – FBN 256803
avonsp@bankerlopez.com
Eric C. Thiel – FBN 016267
ethiel@bankerlopez.com
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Boulevard
Suite 1500
Tampa, Florida 33602
Telephone: (813) 221-1500
Facsimile: (813) 222-3066

Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
mmacconnel@shipwreck.net
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all parties of record.

_/s/_ Allen von Spiegelfeld