IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

                    Plaintiff,                    CIVIL ACTION

        v.                                        Case No. 8:08-cv-01045-RAL-MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle, appurtenances and
cargo located within a 5 mile radius of the center
point coordinates: to be provided to the Court under
seal at the Court's request, *in rem*

                    Defendant(s).
_____/

### MOTION TO APPROVE NOTICE OF ACTION IN REM AND ARREST

Plaintiff, Odyssey Marine Exploration, Inc. ("Odyssey"), under Local Admiralty Rule 7.01(g) and by and through its undersigned counsel, moves the Court to approve Odyssey's publication of notice as required by Supplemental Rule C(4) by causing a notice in the form attached as Exhibit "A" to be published once in The Tampa Tribune and in The London Times within thirty (30) days from the entry of an order granting this motion.

### MEMORANDUM IN SUPPORT

Supplemental Rule C(6) requires any person who asserts a right of possession or any ownership interest in the property that is the subject of this action must file a verified statement of right or interest within 10 days after execution or within the time that the Court allows. Further, under Supplemental Rule C(4), if property is not released within 10 days

after execution, the plaintiff must "promptly—or within the time that the court allows—give public notice of the action and arrest in a newspaper designated by court order and having general circulation in the district . . . ." Local Admiralty Rule 7.01(g) provides that the "newspaper of largest circulation in the county in the Middle District is rebuttably presumed to be a newspaper of general circulation in that same county." The Rule further allows the court to "require publication in one or more additional publications if necessary to provide notice reasonably calculated to inform interested parties."

On November 13, 2008, *in camera*, Odyssey advised this Court of its negotiations and proposed agreement with the United Kingdom regarding the Defendant Shipwreck Site. At the hearing, this Court the negotiating period up to February 2, 2009 at which time Odyssey indicated it would publish notice of the discovery. While negotiations are still ongoing, as a precursor to this filing Odyssey publicly announced the discovery at a press conference in London, on February 2, 2009, and submitted the appropriate regulatory filings to the Securities Exchange Commission.

Odyssey believes it is appropriate to publish the notice in U.S. and U.K. media to give broad notice. In order to provide sufficient time for arrangements to be made to cause the notice to be published, Odyssey asks that it be allowed 30 days from the entry of an order on this motion to cause the notice to be published.

The Court will observe that the proposed notice indicates that the vessel captioned above is HMS Victory, a British warship that sank in the English Channel in 1744. This identification is based on the general location of the shipwreck, its dimensions and artifacts investigated *in situ* and recovered from the site, including two large cannon. Odyssey has

identified HMS Victory in the interest of giving the most accurate notice based on information currently available.

The Court will also observe that the time allowed for filing statements of right or interest, as stated in the proposed notice, is 90 days rather than the usual 10 day period as defined by Supplemental Rule C(6). Odyssey believes that this expanded timeframe for filing a statement of right or interest best serves justice and the interest of all potential parties.

WHEREFORE, Odyssey requests the Court to grant this motion and approve as sufficient notice under Supplemental Rule C(4) the publication of the attached notice in the Tampa Tribune and in the London Times.

Odyssey attaches hereto the proposed Order granting this Motion to Approve Notice of Action in Rem and Arrest.

Dated: February 3, 2009

Respectfully Submitted,

Allen von Spiegelfeld - FBN 256803
avonsp@bankerlopez.com
Eric C. Thiel – FBN 016267
ethiel@bankerlopez.com
Banker Lopez Gassler P.A.
501 E. Kennedy Blvd.
Suite 1500
Tampa, Florida 33602
Phone: (813) 221-1500
Facsimile: (813) 222-3066

-and-

Melinda J. MacConnel - FBN 871151
mmacconnel@shipwreck.net
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
Phone: (813) 876-1776, ext. 2240
Fax: (813) 830-6609

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed by use of the CM/ECF system on February 3, 2009.

_____
Allen von Spiegelfeld - FBN 256803
avonsp@bankerlopez.com
Eric C. Thiel – FBN 016267
ethiel@bankerlopez.com
Banker Lopez Gassler P.A.
501 E. Kennedy Blvd.
Suite 1500
Tampa, Florida 33602
Phone: (813) 221-1500
Facsimile: (813) 222-3066

-and-

Melinda J. MacConnel - FBN 871151
mmacconnel@shipwreck.net
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
Phone: (813) 876-1776, ext. 2240
Fax: (813) 830-6609

Attorneys for Plaintiff