# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.          :
                                          :
                        Plaintiff,        :     CIVIL ACTION
                                          :
            v.                            :     Case No. 8:08-cv-01045-RAL-MAP
                                          :
THE UNIDENTIFIED, SHIPWRECKED             :
VESSEL, its apparel, tackle, appurtenances and  :
cargo located within a 5 mile radius of the center  :
point coordinates: to be provided to the Court under  :
seal at the Court's request. *in rem*     :
                                          :
                        Defendant(s).     :
_____ / :

## ORDER

BEFORE THE COURT is Plaintiff's Motion to Approve Notice of Action in Rem and Arrest (Dkt. 17). Upon consideration, it is ORDERED AND ADJUDGED:

1)      Plaintiff's Motion to Approve Notice of Action in Rem and Arrest (Dkt. 17) is GRANTED.

2)      Plaintiff shall cause the proposed Notice (Dkt. 17) to be published within thirty (30) days from entry of this Order in The Tampa Tribune and in the London Times.

DONE AND ORDERED at Tampa, Florida, on February 7, 2009.

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

Dockets.Justia.com