UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

vs.

THE UNIDENTIFIED, WRECKED AND
ABANDONED SAILING VESSEL, etc, *in rem*,

    Defendant.
_____/

CASE NO.: 8:08-cv-1045-T-26MAP

## JOINT MOTION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF

Plaintiff, Odyssey Marine Exploration, Inc. ("Odyssey"), moves the Court for an Order substituting Carl R. Nelson of FOWLER WHITE BOGGS P.A. for Allen von Spiegelfeld and Eric C. Thiel of BANKER LOPEZ GASSLER, P.A. as counsel of record for Odyssey in this action, relieving Messrs. von Spiegelfeld and Thiel from all further responsibility as counsel, and directing the Clerk to terminate Messrs. von Spiegelfeld and Thiel.

| | |
|---|---|
| s/ Allen von Spiegelfeld | s/ Carl R. Nelson |
| Allen von Spiegelfeld – FBN 256803 | Carl R. Nelson |
| avonsp@bankerlopez.com | Florida Bar No: 0280186 |
| Eric C. Thiel – FBN 016267 | FOWLER WHITE BOGGS P.A. |
| ethiel@bankerlopez.com | P.O. Box 1438 |
| BANKER LOPEZ GASSLER, P.A. | Tampa, FL  33601 |
| 501 E. Kennedy Blvd., Suite 1500 | (813) 228-7411 |
| Tampa, Florida  33602 | Fax No: (813) 229-8313 |
| (813) 221-1500 | Email: cnelson@fowlerwhite.com |
| Facsimile:  (813) 384-3992 | |
| Former Attorneys for Plaintiff | -and- |

Melinda J. MacConnel—FBN 871151
Email: mmacconnel@shipwreck.net
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
Phone: (813) 876-1776, ext. 2240
Fax: (813) 830-6609

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 6, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

s/ Carl R. Nelson

40666793v1