UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION,
INC.,

    Plaintiff.

vs.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle, appurtenances
and cargo located within a 5 mile radius of the
center point coordinates:  to be provided under
seal at the Court's request, *in rem*,

    Defendant.
_____/

CASE NO. 8:08-cv-01045-RAL-MAP

## NOTICE OF APPEARANCE

Timothy P. Shusta and Phelps Dunbar, LLP hereby give Notice of Appearance as counsel of record for the Ministry of Defence, United Kingdom and request CM/ECF service copies of all pleadings, notices, papers and other matters filed herein.  The Ministry of Defence, United Kingdom, makes a limited appearance in this action, pursuant to Rule E(8) Supplemental Rules for Admiralty And Maritime Claims, for the purpose of challenging this court's jurisdiction over the shipwreck at issue and/or for asserting a claim of right or interest in the vessel and cargo and determination of the issues of ownership of the vessel and cargo and salvage rights.

    Signature on following page.

TA.821932.1

Respectfully submitted,

/s/ Timothy P. Shusta
Timothy P. Shusta (Trial Counsel)
FBN: 442305
shustat@phelps.com
PHELPS DUNBAR LLP
100 South Ashley Drive • Suite 1900
Tampa, Florida 33602-5315
(813) 472-7550
(813) 472-7570 (FAX)

Attorneys for Ministry of Defence, United Kingdom

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following counsel for plaintiff:

| | |
|---|---|
| Carl R. Nelson, Esq. | Melinda J. MacConnel, Esq. |
| Fowler White Boggs Banker, P.A. | Odyssey Marine Exploration, Inc. |
| P.O. Box 1438 | 5215 West Laurel Street |
| Tampa, FL  33601-1438 | Tampa, FL 33607 |
| 813- 228-7411, ext 1108 | 813-876-1776, ext. 2240 |

/s/ Timothy P. Shusta
Timothy P. Shusta