# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.,

 Plaintiff.

vs.

THE UNIDENTIFIED, SHIPWRECKED VESSEL, its apparel, tackle, appurtenances and cargo located within a 5 mile radius of the center-point coordinates to be provided under seal at the Court's request, *in rem*,

 Defendant.

CASE NO. 8:08-cv-01045-RAL-MAP

_____/

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CLAIM AND ANSWER

COMES NOW Claimant, Ministry of Defence for the United Kingdom, by and through its undersigned counsel, pursuant to Rule 6(b)(1)(A) and requests an extension of time up to and including September 30, 2009 within which to file a Verified Statement of Right or Interest required by Supplemental Rule C(6)(a)(i)(a) and Local Rule 7.03(f)(1), followed by the usual 20 days to file the Answer required by Supplemental Rule C(6)(a)(iv) and Local Rule 7.03(f)(2), on the grounds that the parties have been involved in, and are continuing negotiations, which if successful will significantly reduce and potentially resolve the issues to be decided by this court.

TA.830330.1

## RULE 3.01(g) CERTIFICATE

I HEREBY CERTIFY, that prior to filing this motion, I consulted with counsel for plaintiff, Odyssey Marine Exploration, Inc., regarding the relief requested, and plaintiff, through its counsel, has consented to granting the extension of time requested.

WHEREFORE, Claimant, Ministry of Defence of the United Kingdom, requests entry of an Order extending the time for filing a Verified Statement of Right or Interest up to and including September 30, 2009, followed by 20 days within which to file an answer.

Respectfully submitted,

/s/ Timothy P. Shusta
Timothy P. Shusta
FBN: 442305
shustat@phelps.com
PHELPS DUNBAR LLP
100 South Ashley Drive • Suite 1900
Tampa, Florida 33602-5315
(813) 472-7550
(813) 472-7570 (FAX)

Attorneys for Ministry of Defence, United Kingdom

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court via CM/ECF system on July 8, 2009, which will generate and transmit Notices of Electronic Filing generated by the CM/ECF system to all counsel of record.

/s/ Timothy P. Shusta
Timothy P. Shusta